

# NUMBER 13-10-00354-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MICHELLE ARTEAGA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Relator, Michelle Arteaga, filed a petition for writ of mandamus in the above cause on July 8, 2010. On July 13, 2010, the Court directed relator to file a transcript of any relevant testimony, or a statement in lieu thereof, and requested that the real party in interest, Jorge Arteaga, file a response to relator's petition for writ of mandamus on or before the expiration of ten days. *See* TEX. R. APP. P. 52.7(a)(2), 52.8(b). Relator has now filed a "Notice of Nonsuit" stating that she no longer wishes to prosecute this matter because the parties have entered into a settlement agreement to transfer the underlying case to Nueces County, Texas.

The Court, having examined and fully considered the petition for writ of mandamus and relator's "Notice of Nonsuit," is of the opinion that relator's motion to dismiss this original proceeding should be and is GRANTED. This cause is DISMISSED without reference to the merits.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
28th day of July, 2010.